**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                July 17, 2007
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

**SCHEDULING ORDER**
07CV6366(WP4)(LMS)

Jonathan Lovett
Lovett & Gould
222 Bloomingdale Road - Suite 305
White Plains, NY 10605


The matter of    **KEMLAGE-V-DeFOREST**    has been scheduled for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

September 14, 2007 at 11:15AM in Courtroom 420.


> Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.
> Please notify all other parties of this appearance.
> *Any party seeking a reschedule shall telephone chambers with all other parties on the line.*


So Ordered:

*[signature]*
Lisa Margaret Smith
U.S.M..J.
