JUL 2 3 2007

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.6366        AND FILED ON          7/12/2007

CHRISTOPHER F. KEMLAGE

Vs.

PETER DEFOREST, INDIVIDUALLY, ET AL

By
Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                ) 
                                                                             ss
COUNTY OF WESTCHESTER                                     )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____7/18/2007_____ at _____11:54AM_____ , deponent did serve the within process as follows:

Process Served:       SUMMONS,COMPLAINT WP4 RULES AND ELECTRONIC FILING RULES
Party Served:         PETER DEFOREST                                                    (herein called recipient)
                                                                                                          therein  named.
At Location:          C/O TOWN OF UNION VALE
                            249 DUNCAN ROAD
                            LAGRANGEVILLE NY

By delivering to and leaving with    MARY LOU DEFOREST, TOWN CLERK_____ a person of suitable age and discretion.
Said premises is recipient's ✓| actual place of business  ☐  dwelling house(usual place of abode) within the state.

On_____7/19/07_____ , deponent completed service by depositing a copy of the
        SUMMONS,COMPLAINT WP4 RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | *FM* | Color of Skin | *WH* | Color of Hair | *BLK/BRN* |
|-----|------|---------------|------|---------------|-----------|
| Age | *64* | Height *5'2"* | Weight | *140* | |
| Other Features | | | | *GLASSES* | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the    7/19/2007

_____            _____
                                                                            Gary Williams

                                                                            Servers License#:

2010

JUL 2 2 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.6366    AND FILED ON    7/12/2007

By

CHRISTOPHER F. KEMLAGE    Plaintiff(s)/Petitioner(s)

Vs.

PETER DEFOREST, INDIVIDUALLY, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
    ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On _____7/18/2007_____ at _____11:54AM_____, deponent did

serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT WP4 RULES AND ELECTRONIC FILING RULES
Party Served:    MICHAEL BILLENS    (herein called recipient)
    therein named.
At Location:    C/O TOWN OF UNION VALE
    249 DUNCAN ROAD
    LAGRANGEVILLE NY

By delivering to and leaving with    MARY LOU DEFOREST, TOWN CLERK    a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On _____7/19/07_____, deponent completed service by depositing a copy of the

    SUMMONS,COMPLAINT WP4 RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLK/BRN_ |
|-----|------|---------------|------|---------------|-----------|
| Age | _64_ | Height | _5'2"_ | Weight | _140_ |
| Other Features | | | | _GLASSES_ | |

Sworn to before me on the    7/19/2007

Gary Williams

Server's License#:

QC/2

STATE OF  NEW YORK               UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.6366          AND FILED ON          7/12/2007

JUL 2 3 2007

By___ __ __

CHRISTOPHER F. KEMLAGE

Vs.

PETER DEFOREST, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                    )
                                                                                          )   SS
COUNTY OF WESTCHESTER                                      )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On_____7/18/2007_____ at _____11:54AM_____, deponent did serve the within process as follows:

Process Served:

Party Served:    | SUMMONS,COMPLAINT WP4 RULES AND ELECTRONIC FILING RULES |

                        | TOWN OF UNION VALE, NEW YORK |          (herein called recipient)
                                                                                             therein  named.

At Location:      | 249 DUNCAN ROAD |

                        | LAGRANGEVILLE NY |

By delivering to and leaving with   MARY LOU DEFOREST _____ and that deponent knew the person

so served to be the    TOWN CLERK

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex : FM          Color of Skin: WH          Color of Hair : BLK/BRN

Age : 64              Height: 5'2"

Weight : 140          Other Features: GLASSES

Sworn to before me on _____7/19/2007_____

Gary Williams

Server's License#:

2010