STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6366   AND FILED ON   7/12/2007

JUL 23 2007
By _____

CHRISTOPHER F. KEMLAGE

Vs.

PETER DEFOREST, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/18/2007__ at __11:54AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT WP4 RULES AND ELECTRONIC FILING RULES
Party Served: PETER DEFOREST                    (herein called recipient) therein named.
At Location: C/O TOWN OF UNION VALE
             249 DUNCAN ROAD
             LAGRANGEVILLE NY

By delivering to and leaving with __MARY LOU DEFOREST, TOWN CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __7/19/07__, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT WP4 RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLK/BRN |
| Age | 64 | Height | 5'2" | Weight | 140 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not.

Sworn to before me on the __7/19/2007__

_____          Gary Williams
                                   Server's License#:

2 of 0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6366  AND FILED ON  7/12/2007

CHRISTOPHER F. KEMLAGE

Vs.

PETER DEFOREST, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/18/2007 at 11:54AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT WP4 RULES AND ELECTRONIC FILING RULES
Party Served: MICHAEL BILLENS  (herein called recipient) therein named.
At Location: C/O TOWN OF UNION VALE
249 DUNCAN ROAD
LAGRANGEVILLE NY

By delivering to and leaving with MARY LOU DEFOREST, TOWN CLERK a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 7/19/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT WP4 RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH   Color of Hair  BLK/BRN
Age  64   Height  5'2"   Weight  140
Other Features       GLASSES

Sworn to before me on the 7/19/2007

Gary Williams

Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6366   AND FILED ON   7/12/2007

CHRISTOPHER F. KEMLAGE

Vs.

PETER DEFOREST, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/18/2007 at 11:54AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT WP4 RULES AND ELECTRONIC FILING RULES

Party Served: TOWN OF UNION VALE, NEW YORK   (herein called recipient) therein named.

At Location: 249 DUNCAN ROAD

LAGRANGEVILLE NY

By delivering to and leaving with MARY LOU DEFOREST and that deponent knew the person so served to be the TOWN CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: WH   Color of Hair: BLK/BRN
Age: 64   Height: 5'2"
Weight: 140   Other Features: GLASSES

Sworn to before me on 7/19/2007

_____          _____
                                   Gary Williams
                                   Server's License#:

2010