UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CHRISTOPHER F. KEMLAGE,

                     Plaintiff,

  -against-

PETER DeFOREST, individually, MICHAEL BILLENS, individually, and the TOWN OF UNION VALE, New York,

                     Defendants.
----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 6366 (WP4)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       August 1, 2007

                                          MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
                                          Attorneys for Defendants

                                          By: _____
                                              BRIAN S. SOKOLOFF (bss-7147)
                                          240 Mineola Boulevard
                                          The Esposito Building
                                          Mineola, New York 11501
                                          (516) 741-7676
                                          Our File No. 07-501

TO:   LOVETT & GOULD, LLP
       Attorneys for Plaintiff
       222 Bloomingdale Road
       White Plains, New York 10605

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) s.s.:
COUNTY OF NASSAU     )

  **MERLISA ANDREWS**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

  That on August 1, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

  LOVETT & GOULD, LLP
  222 Bloomingdale Road
  White Plains, New York 10605

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

             _____
               **MERLISA ANDREWS**

Sworn to before me this 1ST day
of August, 2007.

_____
NOTARY PUBLIC

         **BRIAN S. SOKOLOFF**
        Notary Public, State of New York
          No. 02SO4914710
         Qualified in Queens County
       Commission Expires November 23, 2009