**ORDER**

**Before: Hon. Lisa Margaret Smith, USMJ**

United States District Court
Southern District of New York
------------------------------X
**KEEMLAGE**   Docket# 07CV6366   KMK

    Plaintiff(s)   ALL

   against

**DEFOREST**

    Defendant(s)
------------------------------X

✓ Pretrial Conference (In Person/Telephone)
__ Settlement Conference
__ Other _____

__ Began   ✓ Held   __ Continued   __ Completed   __ Scheduled

Date 09/14/2007   Time 1115   Duration (Min) 15

For Plaintiff:
Jonathan Lovett
Lovett & Gould
222 Bloomingdale Road - Suite 305
White Plains, NY 10605
(914) 428-8401

For Defendant: BRIAN SOKOLOFF

Scheduling order as follows:
Exchange R. 26 disclosure by Oct 15
Make doc. demands + interrogatories by Nov. 2
Respond to doc. demands + interrogatories by Nov. 30
Complete fact depositions by Jan. 12

ADJOURNED DATE  11/9/07  9:30 (ip)

TAPELOG
Tape
From     To

Submitted by/So Ordered _____
Courtroom Deputy/USMJ

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___]

U.S. DISTRICT COURT FILED SEP 14 2007 S.D. OF N.Y. W.P.