UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CHRISTOPHER F. KEMLAGE,

                Plaintiff,

-against-

PETER DeFOREST, individually,
MICHAEL BILLENS, individually, and
the TOWN OF UNION VALE, New York,

                Defendants.

-----------------------------------------------------------x

07 Civ 6366 (WP4)

**PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL**

TO THE CLERK OF THE COURT:

    Please enter the appearance of Kim Berg, Esq. of the law firm of Lovett & Gould, LLP on behalf of the Plaintiff Christopher F. Kemlage in this action. This is for notice only. Do not remove Jonathan Lovett, Esq. as lead attorney.

                Kim Berg (KB 1425)
                Lovett & Gould, LLP
                222 Bloomingdale Road
                White Plains, New York 10605
                (914) 428-8401
                FAX: (914)) 428-8916
                E-mail: kberg@lovett-gould.com

                Respectfully submitted,

                LOVETT & GOULD, LLP
                222 Bloomingdale Road, Suite 304
                White Plains, New York 10605
                (914) 428-8401

        By: _____
                Kim Berg (KB1425)

Dated: September 26, 2007
       White Plains, New York 10605