```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTOPHER F. KEMLAGE,

                Plaintiff,        07 Civ. 06366 (KMK)(LMS)

    -against-

                             **STIPULATION OF**
                             **DISCONTINUANCE**
PETER DeFOREST, individually,        **WITH PREJUDICE**
MICHAEL BILLEN, individually, and
the TOWN OF UNION VALE, New York,

                Defendants.
------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that the above captioned matter be, and the same hereby is, discontinued with prejudice and without costs or attorneys' fees to any party.

Dated: White Plains, NY
        January 24, 2008

LOVETT & GOULD, LLP
By: _____
Kim Berg (KB1425)
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
914-428-8401

MIRANDA, SOKOLOFF, SAMBURSKY, SLONE, VERVENIOTIS LLP
By: _____
Brian S. Sokoloff (BSS7147)
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
516-741-7676

SO ORDERED:
_____
Hon. Kenneth M. Karas   2/21/08
United States District Judge

8